AO 440 (Rev. 10/93) Summons in a Civil Action       **RETURN OF SERVICE**

SERVICE OF: **SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET, STATEMENT, COMPLAINT, EXHIBITS**
EFFECTED (1) BY ME: **ALBERTO DOS SANTOS**
TITLE: **PROCESS SERVER**            DATE: **09/28/2007  07:13AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

EASTERN AMERICAN MORTGAGE CO.

Place where served:

124 SUNSET AVE   VERONA NJ 07044

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JANE DOE

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F__ AGE: 51-65__ HEIGHT: 5'4"-5'8"___ WEIGHT: 131-160 LBS.___ SKIN: WHITE___ HAIR: BLONDE__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9 / 28 / 20 07             L.S.
                         SIGNATURE OF ALBERTO DOS SANTOS
                         GUARANTEED SUBPOENA SERVICE, INC.
                              2009 MORRIS AVENUE
                              UNION, NJ 07083

ATTORNEY:   ROBERT A. PINEL, ESQ.
PLAINTIFF:  DLJ MORTGAGE CAPITAL INC.
DEFENDANT:  EASTERN AMERICN MORTGAGE CO.
VENUE:      DISTRICT OF NY
DOCKET:     07 CV 7933

ROSEMARY RAMOS 9/28/07
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 18, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

R R