UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DLJ MORTGAGE CAPITAL, INC., | Case No. 07-CV-7933 (PKL) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE TO ENTER DEFAULT JUDGMENT |
| EASTERN AMERICAN MORTGAGE COMPANY, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12.21.07

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Robert A. Pinel, Esq. sworn to the 17th day of December, 2007, and upon the copy of the exhibits attached thereto, and upon all prior pleadings and proceedings in this matter, it is

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room 1813, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on January 24, 2008, at 10 o'clock A.M., or as soon thereafter as counsel may be heard, why an order pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Rule 55.2(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York should not be issued entering default and default judgment against Defendant as to liability in the form of the Default Judgment attached hereto for failing to appear and defend as required by the Rules of Civil Procedure; and it is further

ORDERED, that at such date, place and time, an inquest into damages be referred to United States Magistrate Douglas F. Eaton; and it is further

262221 v1

ORDERED that personal service of a copy of this order, the proposed Default Judgment, and annexed affidavit upon the defendant or his counsel on or before ___5___ o'clock in the afternoon, __December 27, 2007__, shall be deemed good and sufficient service thereof.

DATED: New York, New York
       December 20, 2007

_____
United States District Judge

262221 v1