# EXHIBIT 2



# New Jersey State Business Gateway Service
Corporate and Business Information Reporting

## Business Entity Status Report

**Printing Instructions:** Open your Browser's Page Setup menu and set your page margins to 0.25". Use your Browser's Print option to print the report as seen on screen.

**Saving Instructions:** Save this file to your hard drive for later viewing by using the Browser's "Save As" function.

**All available information is displayed.**

**Status Report For:** EASTERN AMERICAN MORTGAGE MANAGEMENT COMPANY, INC.

**Business Name:** EASTERN AMERICAN MORTGAGE MANAGEMENT COMPANY, INC.
**Report Date:** 12/27/2007
**Business ID Number:** 0100359818
**Transaction Number: Sequence:** 1232706: 3

**Business Type:** DOMESTIC PROFIT CORPORATION
**Status:** REVOKED FOR NOT FILING ANNUAL REPORT FOR 2 CONSECUTIVE YEARS

**Filing Date:** 12/22/1987
**Home Jurisdiction:** NJ
**Status Change Date:**
**Stock Amount:** 2500
**DOR Suspension Start Date:** 04/06/2005
**DOR Suspension End Date:**
**Tax Suspension Start Date:**
**Tax Suspension End Date:**
**Annual Report Month:** 12
**Last Annual Report Filed:** 12/02/1998
**For Last Annual Report Paid Year:** 1998

**Incorporator:** CIS
**Agent:** JON RORY SKOLNICK
**Agent Address:** 215 MILLBURN AVE
MILLBURN, NJ 07041
**Office Address Status:** Deliverable
**Main Business Address:** 4 A EVES DR SUTIE 108
MARLTON, NJ 08053
**Principal Business Address:** 4 A EVES DR SUTIE 108
MARLTON, NJ 08053

**Associated Names**
**Name:** **Type Description:**

**Officers/Directors/Members**
1) **Title:** VICE PRESIDENT
   **Name:** DAVID CAVALLI
   **Address:** 4 A EVES DR SUITE 108

|   |   |   |
|---|---|---|
|   |   | MARLTON, NJ 08053 |
| 2) | Title: | VICE PRESIDENT |
|   | Name: | GENE REEBER |
|   | Address: | 4 A EVES DR SUITE 108 |
|   |   | MARLTON, NJ 08053 |
| 3) | Title: | PRESIDENT |
|   | Name: | ROBER VEECH |
|   | Address: | 4 A EVES DR SUITE 108 |
|   |   | MARLTON, NJ 08053 |

[ Exit ]   [ Return to Main List ]   [ < Previous ]

**If you would like to receive photocopies of documents filed by this business entity, mail your request to PO Box 450, Trenton, NJ 08625. Indicate the Business Entity Number(s) involved and the type of document you wish to have copies of. Your choices are listed below:

**CHARTER DOCUMENTS**
Original Certificate Only (For example, Certificate of Incorporation);
Changes and Amendments to the Original Certificate Only; **OR**
All Charter Documents (Original Certificate and Changes/Amendments)
    And/or
**ANNUAL REPORTS**
Copy of Latest Annual Report; **OR**
Copy of Annual Report for a Specific Year(s) (List the Year Desired)

The photocopy fee for all entities except limited liability companies is $1 per page. For limited liability companies, the fee is $10 for the first page and $2 per page thereafter.

The total fee amount for your order will vary depending on the number of pages associated with each filed document you request. You may supply us with a check with a NOT TO EXCEED instruction to cover the costs. Make the check payable to the Treasurer, State of New Jersey. Alternately, you may pay by credit card (provide card#/expiration date and cardholder information) or depository account. Please include a self-addressed envelope with your order. If you have any questions or would like information on alternative service options such as over-the-counter expedited service, call 609-292-9292 (option 3 on the main menu and then option 8), weekdays, 8:30 a.m. to 4:30 p.m.

Privacy Policy