# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC., <br><br>Plaintiff,<br><br>v.<br><br>EASTERN AMERICAN MORTGAGE COMPANY,<br><br>Defendant. | Case No. 07-CV-7933 (PKL) |

### AFFIDAVIT OF DONALD MARTIN

STATE OF NEW JERSEY )
                     ) ss.:
COUNTY OF ESSEX      )

Donald Martin, being duly sworn, deposes and says:

1. I am a process server for Guaranteed Subpoena Service, Inc., a company that serves complaints and other documents that need to be personally served on parties under court rules

2. I make this affidavit of my own knowledge. I received an Order to Show Cause in late December 2007 with a request that it be served personally on Robert G. Veech, Jr. whose address is 124 Sunset Avenue, Verona, New Jersey. I also was asked to serve it upon an attorney named John Rory Skolnick whose business address is in Millburn, New Jersey.

3. Throughout December and January, I attempted to serve Mr. Veech at the 124 Sunset Avenue address. Whenever I attempted to serve the process at the home, nobody would answer the door, even when it was apparent that people were at home. I

tried serving this process at all hours of the day and night, from early in the morning to late in the evening.

4. I also attempted to personally serve Mr. Skolnick. Mr. Skolnick would not meet with me when I entered his office. Through his receptionist he told me that he represented Mr. Veech, that he did not represent him in this matter, but that he would talk with Mr. Veech and determine whether he could accept service of the Order to Show Cause. Mr. Skolnick told me that he would call once he had talked with his client. He never called me.

Dated: 2/7/08

_____
Donald Martin

Sworn to before me this 7 day of February

_____
Notary Public

DONNA M. CIULLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Aug. 28, 2008