# EXHIBIT 4



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0005 8109 5123**
Status: **Notice Left**

We attempted to deliver your item at 1:36 PM on January 28, 2008 in VERONA, NJ 07044 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( Additional Details > )  ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0005 8109 5123**
Detailed Results:

- **Notice Left, January 28, 2008, 1:36 pm, VERONA, NJ 07044**
- **Arrival at Unit, January 28, 2008, 7:14 am, MONTCLAIR, NJ 07042**

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA