UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

---

DLJ MORTGAGE CAPITAL, INC.,

    Plaintiff,

v.

EASTERN AMERICAN MORTGAGE COMPANY,

    Defendant.

Case No. 07-CV-7933 (PKL)

**DEFAULT JUDGMENT**

---

This action having been commenced on September 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Eastern American Mortgage Company, on September 28, 2007 by personal service on its Managing Agent and a proof of service having been filed on November 27, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment as to liability as against defendant, Eastern American Mortgage Company; and it is further

ORDERED that this matter be referred to Magistrate Judge Douglas F. Eaton for an inquest on damages.

Dated: New York, New York
       2/11/08

_____
U.S.D.J.

262217 v1