# EXHIBIT A

# FLAMM, BOROFF & BACINE, PC

### ATTORNEYS AT LAW

794 PENLLYN PIKE • BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 • FACSIMILE (267) 419-1560 • WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH • MARLTON, NJ 08053
VOICE (856) 810-2299 • FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET • ALLENTOWN, PA 18104
VOICE (610) 336-6800 • FACSIMILE (610) 336-0167

DLJ Mortgage Capital, Inc.
11 Madison Avenue
4th Floor
New York NY 10010

Page: 1
February 01, 2008
Account No: 8377-17001M
Invoice No:        118771

Attn: Bruce Kaiserman, VP

v. Eastern American Mortgage

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

**We now accept Visa, Mastercard, Discover and American Express in payment of invoices. Please call our accounting department to discuss payment options at (267) 419-1500.**

Fees

|            |     | Rate   | Hours |          |
|------------|-----|--------|-------|----------|
| 01/02/2008 | RAP | 250.00 | 1.00  | 250.00   |
| 01/09/2008 | RAP | 250.00 | 0.30  | 75.00    |
| 01/14/2008 | RAP | 250.00 | 0.30  | 75.00    |
| 01/18/2008 | RAP | 250.00 | 0.50  | 125.00   |
| 01/22/2008 | RAP |        | 1.50  | n/c      |
| 01/24/2008 | RAP | 250.00 | 1.80  | 450.00   |
| 01/25/2008 | RAP | 250.00 | 1.60  | 400.00   |
|            |     |        | 5.50  | 1,375.00 |
|            |     |        | 1.50  |          |

Page: 2
February 01, 2008
**Account No:** 8377-17001M
**Invoice No:** 118771

DLJ Mortgage Capital, Inc.

v. Eastern American Mortgage

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert A. Pinel | 5.50 | $250.00 | $1,375.00 |

### Advances

| | | |
|---|---|---|
| 12/13/2007 | Online legal research. Pacer.Service Center | 0.32 |
| 12/17/2007 | Federal Express/UPS/Worldwide Express - US Courthouse | 31.92 |
| 12/18/2007 | Federal Express/UPS/Worldwide Express - Federal Deposit Insurance | 26.89 |
| 12/27/2007 | Federal Express/UPS/Worldwide Express - Guaranteed Subpoena | 29.89 |
| | **Total Advances** | 89.02 |

**Total Current Work** 1,464.02

**Previous Balance** $5,125.21

### Payments

| | | |
|---|---|---|
| 01/28/2008 | Fee Payment | -1,325.00 |

Finance Charge 3.29

**Balance Due** $5,267.52

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,467.31 | 1,125.21 | 0.00 | 100.00 | 2,575.00 | 0.00 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

### ATTORNEYS AT LAW

794 PENLLYN PIKE · BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 · FACSIMILE (267) 419-1560 · WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH · MARLTON, NJ 08053
VOICE (856) 810-2299 · FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET · ALLENTOWN, PA 18104
VOICE (610) 336-6800 · FACSIMILE (610) 336-0167

DLJ Mortgage Capital, Inc.
11 Madison Avenue
4th Floor
New York  NY  10010

Page: 1
October 01, 2007
Account No: 8377-17001M
Invoice No:  107667

**Attn:** Bruce Kaiserman, VP

v. Eastern American Mortgage

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

**We now accept Visa, Mastercard, Discover and American Express in payment of invoices. Please call our accounting department to discuss payment options at (267) 419-1500.**

Fees

| Date | | Rate | Hours | |
|---|---|---|---|---|
| 08/20/2007 RAP | | 250.00 | 2.40 | 600.00 |
| 08/23/2007 RAP | | 250.00 | 1.30 | 325.00 |
| 08/24/2007 RAP | | 250.00 | 1.10 | 275.00 |
| 08/31/2007 RAP | | 250.00 | 1.00 | 250.00 |
| 09/06/2007 RAP | | 250.00 | 1.50 | 375.00 |
| 09/13/2007 RAP | | 250.00 | 0.50 | 125.00 |

|  |  |  |  | Page: 2 |
|---|---|---|---|---|
| DLJ Mortgage Capital, Inc. |  |  |  | October 01, 2007 |
|  |  |  |  | Account No: 8377-17001M |
|  |  |  | Invoice No: | 107667 |
| v. Eastern American Mortgage |  |  |  |  |

|  | Rate | Hours |  |
|---|---|---|---|
| 09/18/2007 RAP | 250.00 | 2.20 | 550.00 |
| 09/28/2007 RAP | 250.00 | 0.30 | 75.00 |
|  |  | 10.30 | 2,575.00 |

**Recapitulation**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert A. Pinel | 10.30 | $250.00 | $2,575.00 |

**Total Current Work**                                                          2,575.00

**Balance Due**                                                                 $2,575.00

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

**ATTORNEYS AT LAW**

794 PENLLYN PIKE · BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 · FACSIMILE (267) 419-1560 · WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH · MARLTON, NJ 08053
VOICE (856) 810-2299 · FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET · ALLENTOWN, PA 18104
VOICE (610) 336-6800 · FACSIMILE (610) 336-0167

DLJ Mortgage Capital, Inc.
11 Madison Avenue
4th Floor
New York NY 10010

Page: 1
November 01, 2007
Account No: 8377-17001M
Invoice No: 109904

**Attn:** Bruce Kaiserman, VP

v. Eastern American Mortgage

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

*We now accept Visa, Mastercard, Discover and American Express in payment of invoices. Please call our accounting department to discuss payment options at (267) 419-1500.*

### Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 10/01/2007 RAP |  |  |  |  |
|  |  | 250.00 | 0.30 | 75.00 |
|  |  |  | 0.30 | 75.00 |

**Recapitulation**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert A. Pinel | 0.30 | $250.00 | $75.00 |

### Advances

| 09/17/2007 | Federal Express/UPS/Worldwide Express - Guaranteed Subpoena Service | 25.00 |
|---|---|---|
|  | **Total Advances** | 25.00 |
|  | **Total Current Work** | 100.00 |
|  | **Previous Balance** | $2,575.00 |
|  | **Balance Due** | $2,675.00 |

DLJ Mortgage Capital, Inc.

v. Eastern American Mortgage

Page: 2
November 01, 2007
Account No: 8377-17001M
Invoice No: 109904

| Aged Due Amounts | | | | | |
|---|---|---|---|---|---|
| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
| 100.00 | 2,575.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

ATTORNEYS AT LAW

794 PENLLYN PIKE · BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 · FACSIMILE (267) 419-1560 · WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH · MARLTON, NJ 08053
VOICE (856) 810-2299 · FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET · ALLENTOWN, PA 18104
VOICE (610) 336-6800 · FACSIMILE (610) 336-0167

Page: 1
December 01, 2007
Account No: 8377-17001M
Invoice No: 112446

DLJ Mortgage Capital, Inc.
11 Madison Avenue
4th Floor
New York NY 10010

**Attn:** Bruce Kaiserman, VP

v. Eastern American Mortgage

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

*We now accept Visa, Mastercard, Discover and American Express in payment of invoices. Please call our accounting department to discuss payment options at (267) 419-1500.*

Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 11/05/2007 | RAP | 250.00 | 1.30 | 325.00 |
| 11/12/2007 | RAP | 250.00 | 1.40 | 350.00 |
| 11/28/2007 | RAP | 250.00 | 2.10 | 525.00 |
| 11/29/2007 | RAP | 250.00 | 0.50 | 125.00 |
|  |  |  | 5.30 | 1,325.00 |

**Recapitulation**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert A. Pinel | 5.30 | $250.00 | $1,325.00 |

**Total Current Work**                                                    1,325.00

**Previous Balance**                                                      $2,675.00

DLJ Mortgage Capital, Inc.

v. Eastern American Mortgage

Page: 2
December 01, 2007
**Account No:** 8377-17001M
**Invoice No:** 112446

**Balance Due** $4,000.00

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,425.00 | 0.00 | 2,575.00 | 0.00 | 0.00 | 0.00 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better.  **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

## ATTORNEYS AT LAW

794 PENLLYN PIKE • BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 • FACSIMILE (267) 419-1560 • WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH • MARLTON, NJ 08053
VOICE (856) 810-2299 • FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET • ALLENTOWN, PA 18104
VOICE (610) 336-6800 • FACSIMILE (610) 336-0167

Page: 1
January 01, 2008
Account No: 8377-17001M
Invoice No: 113745

DLJ Mortgage Capital, Inc.
11 Madison Avenue
4th Floor
New York  NY  10010

**Attn:** Bruce Kaiserman, VP

v. Eastern American Mortgage

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

*We now accept Visa, Mastercard, Discover and American Express in payment of invoices.  Please call our accounting department to discuss payment options at (267) 419-1500.*

### Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 12/12/2007 | RAP | 250.00 | 3.70 | 925.00 |
| 12/27/2007 | RAP | 250.00 | 0.80 | 200.00 |
|  |  |  | 4.50 | 1,125.00 |

**Recapitulation**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert A. Pinel | 4.50 | $250.00 | $1,125.00 |

**Total Current Work**                                     1,125.00

**Previous Balance**                                       $4,000.00

**Finance Charge**                                              0.21

**Balance Due**                                            $5,125.21

DLJ Mortgage Capital, Inc.

v. Eastern American Mortgage

Page: 2<br>
January 01, 2008<br>
<b>Account No:</b> 8377-17001M<br>
<b>Invoice No:</b>    113745

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 1,125.21 | 1,325.00 | 100.00 | 2,575.00 | 0.00 | 0.00 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

ATTORNEYS AT LAW

794 PENLLYN PIKE · BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 · FACSIMILE (267) 419-1560 · WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH · MARLTON, NJ 08053
VOICE (856) 810-2299 · FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET · ALLENTOWN, PA 18104
VOICE (610) 336-6800 · FACSIMILE (610) 336-0167

DLJ Mortgage Capital, Inc.
11 Madison Avenue
4th Floor
New York  NY  10010

Page: 1
March 01, 2008
Account No:   8377-17001M
Invoice No:         120296

**Attn:** Bruce Kaiserman, VP

v. Eastern American Mortgage

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

***We now accept Visa, Mastercard, Discover and American Express in payment of invoices.  Please call our accounting department to discuss payment options at (267) 419-1500.***

### Fees

| Date | | Rate | Hours | |
|---|---|---|---|---|
| 02/07/2008 RAP | | 250.00 | 3.50 | 875.00 |
| 02/08/2008 RAP | | | 1.40 | n/c |
| 02/11/2008 RAP | | 250.00 | 4.00 | 1,000.00 |
| 02/13/2008 RAP | | 250.00 | 0.60 | 150.00 |
| 02/20/2008 RAP | | 250.00 | 0.50 | 125.00 |
| | | | 8.60 | 2,150.00 |
| | | | 1.40 | |

DLJ Mortgage Capital, Inc.

v. Eastern American Mortgage

Page: 2
March 01, 2008
Account No: 8377-17001M
Invoice No: 120296

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert A. Pinel | 8.60 | $250.00 | $2,150.00 |

## Advances

| | | |
|---|---|---|
| 02/08/2008 | Federal Express/UPS/Worldwide Express - Honorable Peter K. Leisure USDJ | 16.73 |
| | **Total Advances** | 16.73 |
| | **Total Current Work** | 2,166.73 |
| | **Previous Balance** | $5,267.52 |

## Payments

| | | |
|---|---|---|
| 02/07/2008 | Fee Payment | -1,125.00 |
| | Finance Charge | 3.19 |
| | **Balance Due** | $6,312.44 |

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 3,637.23 | 0.21 | 0.00 | 0.00 | 2,675.00 | 0.00 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

### ATTORNEYS AT LAW

794 PENLLYN PIKE • BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 • FACSIMILE (267) 419-1560 • WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH • MARLTON, NJ 08053
VOICE (856) 810-2299 • FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET • ALLENTOWN, PA 18104
VOICE (610) 336-6800 • FACSIMILE (610) 336-0167

Page: 1
April 01, 2008
Account No: 8377-17001M
Invoice No: 123755

DLJ Mortgage Capital, Inc.
11 Madison Avenue
4th Floor
New York NY 10010

**Attn:** Bruce Kaiserman, VP

v. Eastern American Mortgage

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

*We now accept Visa, Mastercard, Discover and American Express in payment of invoices. Please call our accounting department to discuss payment options at (267) 419-1500.*

### Fees

|  |  | Rate | Hours |  |
|---|---|---:|---:|---:|
| 03/12/2008 RAP |  | 250.00 | 0.50 | 125.00 |
|  |  |  | 0.50 | 125.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Robert A. Pinel | 0.50 | $250.00 | $125.00 |

### Advances

| 01/31/2008 | Online legal research. - Accurint | 9.20 |
|---|---|---:|
| 02/29/2008 | Online legal research. West Group Payment Center | 17.48 |
|  | **Total Advances** | 26.68 |
|  | **Total Current Work** | 151.68 |
|  | **Previous Balance** | $6,312.44 |

### Payments

| 03/07/2008 | Fee Payment | -1,375.00 |
|---|---|---:|

DLJ Mortgage Capital, Inc.

v. Eastern American Mortgage

Page: 2
April 01, 2008
Account No: 8377-17001M
Invoice No:    123755

| 03/07/2008 | Reimbursement for Advanced Costs | -89.02 |
|---|---|---|
| | Total Payments | -1,464.02 |
| | Finance Charge | 3.41 |
| | **Balance Due** | **$5,003.51** |

Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 155.09 | 2,173.21 | 0.00 | 0.21 | 100.00 | 2,575.00 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**

# FLAMM, BOROFF & BACINE, PC

### ATTORNEYS AT LAW

794 PENLLYN PIKE · BLUE BELL, PA 19422-1669
VOICE (267) 419-1500 · FACSIMILE (267) 419-1560 · WWW.FLAMMLAW.COM

NEW JERSEY OFFICE
WILLOW RIDGE EXECUTIVE OFFICE PARK, SUITE 301
750 ROUTE 73, SOUTH · MARLTON, NJ 08053
VOICE (856) 810-2299 · FACSIMILE (856) 810-2266

LEHIGH VALLEY OFFICE
WESTFIELD CORPORATE CENTER, SUITE 310
4905 WEST TILGHMAN STREET · ALLENTOWN, PA 18104
VOICE (610) 336-6800 · FACSIMILE (610) 336-0167

DLJ Mortgage Capital, Inc.
11 Madison Avenue
4th Floor
New York  NY  10010

Page: 1
April 23, 2008
Account No: 8377-17001M
Invoice No:        125096

**Attn:** Bruce Kaiserman, VP

v. Eastern American Mortgage

*Payment is requested upon receipt of this invoice.*
*Please make checks payable to: FLAMM, BOROFF & BACINE, P.C.*
*Tax ID# 23-2864510*

**We now accept Visa, Mastercard, Discover and American Express in payment of invoices.  Please call our accounting department to discuss payment options at (267) 419-1500.**

### Fees

|            |     | Rate   | Hours |          |
|------------|-----|--------|-------|----------|
| 04/11/2008 | RAP | 250.00 | 3.00  | 750.00   |
| 04/16/2008 | RAP | 250.00 | 0.40  | 100.00   |
| 04/18/2008 | RAP | 250.00 | 0.60  | 150.00   |
| 04/21/2008 | RAP | 250.00 | 5.50  | 1,375.00 |
| 04/22/2008 | RAP | 250.00 | 6.40  | 1,600.00 |
|            | SD  |  95.00 | 2.00  |   190.00 |
| 04/23/2008 | RAP | 250.00 | 1.50  |   375.00 |
|            |     |        | 19.40 | 4,540.00 |

Page: 2
DLJ Mortgage Capital, Inc. April 23, 2008
Account No: 8377-17001M
Invoice No: 125096

v. Eastern American Mortgage

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Susan Dickinson | 2.00 | $95.00 | $190.00 |
| Robert A. Pinel | 17.40 | 250.00 | 4,350.00 |

## Advances

| Date | Description | Amount |
|---|---|---|
| 09/21/2007 | Intellius Background Check | 25.80 |
| 01/25/2008 | Online legal research. - PACER | 1.92 |
| 01/25/2008 | Online legal research. - PACER | 0.08 |
| 01/25/2008 | Online legal research. - PACER | 0.08 |
| 01/25/2008 | Online legal research. - PACER | 0.16 |
| 02/12/2008 | Online legal research. - PACER | 3.92 |
| 02/12/2008 | Online legal research. - PACER | 1.28 |
| 02/12/2008 | Online legal research. - PACER | 0.35 |
| 02/14/2008 | Online legal research. - PACER | 0.16 |
| 02/14/2008 | Online legal research. - PACER | 0.80 |
| 02/29/2008 | Online legal research. - PACER | 2.80 |
| 02/29/2008 | Online legal research. - PACER | 0.24 |

**Total Advances**  37.59

**Total Current Work**  4,577.59

**Previous Balance**  $5,003.51

## Payments

| Date | Description | Amount |
|---|---|---|
| 04/03/2008 | Fee Payment | -2,150.00 |
| 04/03/2008 | Reimbursement for Advanced Costs | -16.73 |

Total Payments  -2,166.73

Finance Charge  2.42

**Balance Due**  $7,416.79

### Aged Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 4,735.10 | 3.19 | 3.29 | 0.21 | 100.00 | 2,575.00 |

Thank you for retaining the professional services of FLAMM, BOROFF & BACINE, P.C. Please let us know if there is anything we can do to serve you better. **Any payments received after the last day of the month will appear on next month's statement.**