**EXHIBIT B**

Case 1:07-cv-07933-PKL-DFE   Document 13-3   Filed 04/24/2008   Page 2 of 4

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

*2009 Morris Ave, Suite 111*

# INVOICE

FLAMM, BOROFF & BACINE-ALLETOWN PA
ROBERT A. PINEL, ESQ.
WESTFIELD CORP. CTR.  4905 WEST TILGHMAN ST., SUITE 310
ALLENTOWN, PA 18104

INVOICE #:      20070918122318
AMOUNT DUE:     $79.95
DUE DATE:       10/28/2007

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$79.95**      DUE DATE: **10/28/2007**      INVOICE #: **20070918122318**      INVOICE DATE: **09/28/2007**
ATTORNEY:              ROBERT A. PINEL, ESQ.
FIRM:                  FLAMM, BOROFF & BACINE-ALLETOWN PA
PLAINTIFF:             DLJ MORTGAGE CAPITAL INC.
DEFENDANT:             EASTERN AMERICN MORTGAGE CO.
DOCKET#:               07 CV 7933                    CLAIM#:
ENTITY SERVED:         EASTERN AMERICAN MORTGAGE CO.
SERVED WITH:           SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET, STATEMENT, COMPLAINT, EXHIBITS
SERVED DATE:           **09/28/2007**                COURT DATE:

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | |__|__|/|__|__|/|__|__| |
| SERVICE FEE: | $54.95 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | |__|__|.|__|__|.|__|__| |
| PRIORITY FEE: | $25.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| POSTAL FORWARDING FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME 0.00 HOURS FEE: | $0.00 | [ ] AMERICAN EXPRESS | |
| NOTARY/MISC. FEE: | $0.00 | | |
| TOTAL: | **$79.95** | CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

FLAMM, BOROFF & BACINE-ALLETOWN PA
WESTFIELD CORP. CTR.  4905 WEST TILGHMAN ST.,
SUITE 310
ALLENTOWN, PA 18104

INVOICE #:      20070918122318
AMOUNT DUE:     $79.95
DUE DATE:       10/28/2007

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

[ ] CHECK

[ ] Visa   [ ] MasterCard   [ ] Discover   [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE

2 0 0 7 0 9 1 8 1 2 2 3 1 8

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

# INVOICE

FLAMM, BOROFF & BACINE-ALLETOWN PA
ROBERT A. PINEL, ESQ.
WESTFIELD CORP. CTR.   4905 WEST TILGHMAN ST., SUITE 310
ALLENTOWN, PA 18104

INVOICE #:      20080214170850
AMOUNT DUE:  $54.95
DUE DATE:      03/26/2008

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | | |
|---|---|---|---|
| AMOUNT DUE: **$54.95** | DUE DATE: **03/26/2008** | INVOICE #: **20080214170850** | INVOICE DATE: **02/25/2008** |
| ATTORNEY: | ROBERT A. PINEL, ESQ. | | |
| FIRM: | FLAMM, BOROFF & BACINE-ALLETOWN PA | | |
| PLAINTIFF: | DLJ MORTGAGE CAPITAL INC. | | |
| DEFENDANT: | EASTERN AMERICAN MORTGAGE CO. | | |
| DOCKET#: | 07 CV 7933 PKL | CLAIM#: | |
| ENTITY SERVED: | EASTERN AMERICAN MORTGAGE CO. C/O ROBERT G. VEECH JR | | |
| SERVED WITH: | DEFAULT JUDGMENT | | |
| SERVED DATE: | **02/23/2008** | COURT DATE: | |

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | \|__\|__\|/\|__\|__\|/\|__\|__\| |
| SERVICE FEE: | $54.95 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | \|__\|__\|.\|__\|__\|.\|__\|__\| |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| POSTAL FORWARDING FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME 0.00  HOURS  FEE: | $0.00 | [ ] AMERICAN EXPRESS | |
| NOTARY/MISC. FEE: | $0.00 | | |
| TOTAL: | **$54.95** | CARD/CHECK#: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\| | |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

FLAMM, BOROFF & BACINE-ALLETOWN PA
WESTFIELD CORP. CTR.   4905 WEST TILGHMAN ST.,
SUITE 310
ALLENTOWN, PA 18104

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

INVOICE #:      20080214170850
AMOUNT DUE:  $54.95
DUE DATE:      03/26/2008

[ ] CHECK

VISA  MasterCard

[ ] Visa   [ ] MasterCard   [ ] Discover   [ ] American Express

CARD #: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|

EXPIRATION: \|__\|__\|/\|__\|__\|

SIGNATURE: _____



**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885  Tax ID 22-2393485
www.Served.com

# INVOICE

FLAMM, BOROFF & BACINE-ALLETOWN PA
ROB PINEL, ESQ.
WESTFIELD CORP. CTR.  4905 WEST TILGHMAN ST., SUITE 310
ALLENTOWN, PA 18104

INVOICE #:       20080125163350
AMOUNT DUE:      $54.95
DUE DATE:        03/26/2008

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

---

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$54.95**   DUE DATE: **03/26/2008**   INVOICE #: **20080125163350**   INVOICE DATE: **02/25/2008**

ATTORNEY:         ROB PINEL, ESQ.
FIRM:             FLAMM, BOROFF & BACINE-ALLETOWN PA
PLAINTIFF:        DLJ MORTGAGE CAPITAL INC.
DEFENDANT:        EASTERN AMERICAN MORTGAGE CO.
DOCKET#:          07 CV 7933 OKL           CLAIM#:
ENTITY SERVED:    ROBERT VEECH
SERVED WITH:      ORDER TO SHOW CAUSE TO ENTER DEFAULT JUDGMENT, AFFIDAVIT, EXHIBITS
SERVED DATE:      02/20/2008               COURT DATE:

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | |__|__|/|__|__|/|__|__| |
| SERVICE FEE: | $54.95 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | |__|__|,|__|__|__|.|__|__| |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| POSTAL FORWARDING FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME 0.00 HOURS FEE: | $0.00 | [ ] AMERICAN EXPRESS | |
| NOTARY/MISC. FEE: | $0.00 | | |
| TOTAL: | **$54.95** | CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__| | |

---

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

FLAMM, BOROFF & BACINE-ALLETOWN PA
WESTFIELD CORP. CTR.  4905 WEST TILGHMAN ST.,
SUITE 310
ALLENTOWN, PA 18104

INVOICE #:       20080125163350
AMOUNT DUE:      $54.95
DUE DATE:        03/26/2008

For the fastest resolution to your billing inquiry, email us at:
Billing@Served.com

[ ] CHECK

VISA   MasterCard   Discover   AmEx

[ ] Visa   [ ] MasterCard   [ ] Discover   [ ] American Express

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____

GUARANTEED SUBPOENA SERVICE, INC.
WWW.SERVED.COM
P.O. BOX 2248
UNION, NJ 07083

20080125163350