# EXHIBIT B

DLJ Mortgage Capital, Inc.
C/O Credit Suisse Securities (USA) LLC
Eleven Madison Avenue - 4th Floor
New York, NY 10010-3629

Purchaser: Eastern American Mortgage Company
Issue Date: N/A - Actual
Settlement Date: April 21, 2008

| DLJMC Loan # | Servicer Loan # | Seller Loan # | Name | Settlement Date | Lien Position | Servicer | As of Date | Balance | Next Due Date | Note Rate | Daily Interest | Days To Repurchase | Interest Total | Repurchase Price | Recapture of Premium | Total Due DLJMC | Loan Status | Reason For Repurchase | Date Requested |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6003391598 | 8072365 | 4305020001 | HASSAM ZAIDAN | 08/24/05 | 1 | FAIRBK | 03/31/08 | $1,363.93 | 11/01/05 | 0.0000 | $0.00 | 920 | $0.00 | 100.0000 | $0.00 | $1,363.93 | Make Whole | 60 days late for July, Au | 10/28/05 |
| 500643512 | 1205314501 | 350511248 | KELLY | 01/24/08 | 1 | WELLS | 03/31/08 | $82,122.85 | 03/01/08 | 7.5000 | $17.11 | 60 | $1,368.71 | 101.6416 | $1,348.13 | $84,839.69 | | 30 Days Late for Feb & | 05/29/08 |
| 500858928 | 1205312986 | 3712805158 | SANTOS DOS | 02/22/08 | 1 | WELLS | 03/31/08 | $352,031.34 | 12/01/06 | 7.6250 | $74.56 | 530 | $39,517.98 | 101.5955 | $5,617.01 | $397,166.31 | REO | 30 days late for April, N | 09/29/08 |
| 500726702 | 8256982 | 4103130600006 | ALAM | 04/20/08 | 1 | FAIRBK | 03/31/08 | $378,400.00 | 05/01/06 | 8.7500 | $91.97 | 740 | $68,059.44 | 101.8743 | $7,082.35 | $453,551.80 | REO | 60 Days Late for May | 07/24/08 |
| 500778576 | 9695008 | 1000605326 | JACKSON | 07/19/08 | 1 | IN | 03/31/08 | $235,627.19 | 04/01/08 | 7.2500 | $47.85 | 50 | $2,382.70 | 100.6064 | $1,434.91 | $240,444.80 | | Missing Critical Docume | 04/17/08 |
| 500850204 | 9953281 | 4209040500001 | LEON | 05/20/08 | 1 | FAIRBK | 03/31/08 | $188,000.00 | 05/01/07 | 7.6250 | $39.82 | 360 | $15,131.39 | 101.3817 | $2,597.80 | $205,728.98 | Foreclosure | 60 Days Late for Oct. & | 02/21/07 |
| 500850204 | 9953299 | 4209040500002 | LEON | 09/20/06 | 2 | FAIRBK | 03/31/08 | $46,958.86 | 05/01/07 | 13.3750 | $17.45 | 470 | $8,200.04 | 102.3125 | $1,085.95 | $56,245.85 | No Equity Loan | 60 Days late for Oct. | 12/29/06 |
| 500904906 | 10336378 | 10011506000001 | FINCH | 12/26/06 | 1 | FAIRBK | 03/31/08 | $233,781.74 | 12/01/07 | 6.9360 | $45.04 | 170 | $7,657.13 | 102.2460 | $5,257.75 | $246,696.62 | | 30 Days Late for Feb | 08/27/07 |
| 500985873 | 10336260 | 10011140600002 | FINCH | 12/26/06 | 2 | FAIRBK | 03/31/08 | $58,912.05 | 07/01/07 | 12.7500 | $20.85 | 320 | $6,678.70 | 102.7250 | $1,603.35 | $67,194.10 | No Equity Loan | 30 Days Late for Feb | 08/27/07 |
| | | | | | | | | **$1,575,198.96** | | | **$354.47** | | **$148,994.08** | | **$26,039.06** | **$1,753,232.06** | | | |

TOTAL DUE DLJ MORTGAGE CAPITAL, INC.: $1,753,232.06

Per Diem (for repurchase after settlement date): $354.47

In addition to the foregoing, please note that you (the Purchaser) shall be responsible to reimburse the loan servicer for outstanding corporate and escrow advances related to the loans at the time of the servicing transfer.

The Following are DLJ Mortgage Capital, Inc. wiring instructions:
Citibank NYC
ABA: 021-000-089
A/C #: 30489038
A/C: DLJ Mortgage Capital, Inc.
Reference: Eastern American Mortgage Company
Attn: Olivia Hafner