UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> EASTERN AMERICAN MORTGAGE COMPANY, <br><br> Defendant. | Case No. 07-CV-7933 (PKL) |

## CERTIFICATE OF SERVICE

I, Robert A. Pinel, Esquire do hereby certify that the foregoing, Plaintiff's Inquest Memorandum; Declaration of Robert A. Pinel, Esq. in Support of Awarding Costs and Attorney's Fees; and the Affidavit of Bruce S. Kaiserman in Support of Plaintiff's Proposed Findings of Fact and Conclusions of Law, which have been filed electronically on April 24, 2008 with the Court and are available for viewing and downloading from the ECF system.

Flamm, Boroff & Bacine, P.C.

By:  /s/ Robert A. Pinel
Robert A. Pinel, Esquire
4905 W. Tilghman St., Suite 310
Allentown, PA  18104
(610)336-6800

*Attorneys for Plaintiff*
*DLJ Mortgage Capital, Inc.*

272820 v1