UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC., : <br><br> Plaintiff, : <br><br> v. : <br><br> EASTERN AMERICAN MORTGAGE COMPANY, : <br><br> Defendant. : | Case No. 07-CV-7933 (PKL) |

## CERTIFICATE OF SERVICE

I, Robert A. Pinel, Esquire do hereby certify that on this 25th day of July, 2008, service of a true and complete copy of the foregoing, Plaintiff's Supplemental Affidavit of Bruce S. Kaiserman in Support of Plaintiff DLJ Mortgage capital, Inc.'s Proposed Findings of Fact and Conclusions of Law, was made upon each party or attorney of record herein via certified mail return receipt requested properly addressed as follows:

Eastern American  Mortgage Company
124 Sunset Avenue
Verona, NJ  07044

Eastern American Mortgage Company
201 Lower Notch Road, Suite 2
Little Falls, NJ  07424

Flamm, Boroff & Bacine, P.C.

By:_____
Robert A. Pinel, Esquire
4905 W. Tilghman St., Suite 310
Allentown, PA  18104
(610)336-6800

*Attorneys for Plaintiff*
*DLJ Mortgage Capital, Inc.*

272820 v2